DEFENDANT:   CRISTIAN JOSE RODRIGUEZ-LOPEZ

YOB:   1985

COMPLAINT FILED?   _____ Yes   ____X___ No

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ Yes   __X__ No

OFFENSE(S):   Count 1: 21 U.S.C. § 846, conspiracy to distribute and possess with intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 400 grams and more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(i), (b)(1)(A)(vi), and (b)(1)(A)(viii).

Count 2: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), possess with intent to distribute 400 grams and more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance

Count 3: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

Count 4: 21 U.S.C. § 841(a)(1), (b)(1)(A)(i), possess with intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 18 U.S.C. § 2, aiding and abetting

Count 5: 18 U.S.C. § 924(c)(1)(A)(i), possess a firearm in furtherance of a drug trafficking crime

<u>Count 6</u>: 18 U.S.C. § 922(g)(1), possess a firearm by an illegal alien

| | |
|---|---|
| <u>LOCATION OF OFFENSE:</u> | Adams County, Colorado |
| <u>PENALTY:</u> | <u>Counts 1, 2, 3, and 4</u>: NLT 10 years of imprisonment, NMT life imprisonment; NLT 5 years of supervised release, NMT life term of supervised release; $10,000,000 fine; $100 special assessment fee |
| | <u>Count 5</u>: NLT 60 months imprisonment, consecutive to any other sentence; NLT 3 years of supervised release, NMT life term of supervised release; $100 special assessment fee |
| | <u>Count 6</u>: NMT 15 years of imprisonment; NLT 3 years of supervised release; $100 special assessment fee |
| <u>AGENT:</u> | Cassie Longnecker, TFO, DEA |
| <u>AUTHORIZED BY:</u> | Alyssa Christine Mance, Assistant United States Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_X\_\_\_ five days or less; \_\_\_ over five days

<u>THE GOVERNMENT:</u>

\_\_\_X\_\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention IS applicable to this defendant.